# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JAY GREGORY BRANCH SR. and TERRI ROBERTS BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>TIFTON BANKING COMPANY,<br><br>Defendant. | Civil Action 7:11-CV-44 (HL) |

## ORDER

This case is before the Court on Defendant's Motion to Substitute Federal Deposit Insurance Corporation, as Receiver for Tifton Banking Company (Doc. 2). Plaintiffs have not filed a response to the Motion, and as it is therefore unopposed, the Motion is granted. The Federal Deposit Insurance Corporation, as Receiver for Tifton Banking Company, is substituted as the defendant in this action for Tifton Banking Company. The Clerk of Court is directed to amend the docket to reflect this change.

**SO ORDERED**, this the 25th day of May, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

mbh